# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0119.  ROBERTS v. CROP PRODUCTION SERVICES, INC.**

The above-styled case came before this Court pursuant to the interlocutory appeal in related Case No. A17A0118.  Because we determined that the application for interlocutory review in Case No. A17A0118 was improvidently granted and therefore vacated the order granting the application, the appeal in this case is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,  06/13/2017*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*